Hillsborough,
Oct. 6, 1942. } No. 3347.

ATTORNEY-GENERAL (*ex rel. Leo Riel*) *v.* NOE ALLARD & *a.*

*John J. Sheehan,* by brief, for the relator.

*Emile Lemelin,* by brief, for the defendant Allard.

*McLane, Davis & Carleton (Mr. Carleton* orally), for the mayor.

BURQUE, J.    This case is governed by *Attorney-General* v. *Hunter, ante,* 206 and *Attorney-General* v. *Lemelin, ante,* 522.

*Information granted.*

All concurred.